FILED

06/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0151

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0151

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RICHARD HAROLD VIERECK,

      Defendant and Appellant.

---

**ORDER**

---

    Upon consideration of Appellant's motion for extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 22, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2022